Juan **GUTIERREZ-GALINDO**, AKA Juan Guiterrez, Petitioner,

v.

Dana **BOENTE**, Acting Attorney General, Respondent.

No. 15-72592

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed FEBRUARY 3, 2017

James B. Rudolph, Esquire, Attorney, Rudolph, Baker & Associates, San Diego, CA, for Petitioner

OIL, Lindsay Brooke Glauner, Esquire, Trial Attorney, Thankful Vanderstar, Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Juan Gutierrez-Galindo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. We review for

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

abuse of discretion the agency's denial of a continuance. *Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008). We deny the petition for review.

The agency did not abuse its discretion in denying for lack of good cause Gutierrez-Galindo's motion for a continuance to request that the U.S. Department of Homeland Security ("DHS") reconsider its prior denial of his request for prosecutorial discretion. *See Singh v. Holder*, 638 F.3d 1264, 1274 (9th Cir. 2011) ("[A]n IJ 'may grant a motion for continuance for good cause shown.' " (citation omitted)). Gutierrez-Galindo provided no evidence to support his contention that the agency would change its decision issued only two months prior, and the basis for the motion remained merely a speculative possibility at the time of his final removal hearing. *See id.* ("[T]he IJ [is] not required to grant a continuance based on ... speculations.").

The record does not support Gutierrez-Galindo's contention that the IJ failed to provide sufficient reasoning. *See Najmabadi v. Holder*, 597 F.3d 983, 990 (9th Cir. 2010).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.